UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Jun 26, 2009**

FILED
CLERK'S OFFICE

IN RE: COX ENTERPRISES, INC., SET-TOP CABLE
TELEVISION BOX ANTITRUST LITIGATION          MDL No. 2048

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 11, 2009, the Panel transferred four civil actions to the United States District Court for the Western District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ____F.Supp.2d____ (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Robin J. Cauthron.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Oklahoma and assigned to Judge Cauthron.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Oklahoma for the reasons stated in the order of June 11, 2009, and, with the consent of that court, assigned to the Honorable Robin J. Cauthron.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Oklahoma.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: COX ENTERPRISES, INC., SET-TOP CABLE
TELEVISION BOX ANTITRUST LITIGATION                    MDL No. 2048

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  8   09-441             John Joseph Brady, et al. v. CoxCom, Inc.

CALIFORNIA SOUTHERN
  CAS  3   09-1045            Sharon Coughlin v. Cox Communications, Inc., et al.

FLORIDA NORTHERN
  FLN  3   09-103             Ron Strobo v. Cox Enterprises, Inc., et al.

LOUISIANA EASTERN
  LAE  2   09-3065            Barksdale Hortenstine v. CoxCom, Inc.
  LAE  2   09-3079            Danielle Smith v. Cox Enterprises, Inc., et al.
  LAE  2   09-3137            Toni Becnel v. Cox Enterprises, Inc., et al.
  LAE  2   09-3155            Robert M. Becnel v. Cox Enterprises, Inc., et al.
  LAE  2   09-3170            Brandy Zayas v. Cox Enterprises, Inc., et al.
  LAE  2   09-3264            David Abdullah v. CoxCom, Inc.
  LAE  2   09-3354            Carl Indest v. Cox Enterprises, Inc., et al.
  LAE  2   09-3624            Erica Martin v. Cox Enterprises, Inc., et al.
  LAE  2   09-3625            Paulette Zibilich v. Cox Enterprises, Inc., et al.

NEVADA
  NV  2   09-614               Sandra Prezgay v. Cox Communications, Inc., et al.