UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COX ENTERPRISES, INC., SET−TOP
CABLE TELEVISION BOX ANTITRUST
LITIGATION                                                                                       MDL No. 2048

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −5)**

On June 11, 2009, the Panel transferred 4 civil action(s) to the United States District Court for the Western District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 626 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 19 additional action(s) have been transferred to the Western District of Oklahoma. With the consent of that court, all such actions have been assigned to the Honorable Robin J Cauthron.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Oklahoma and assigned to Judge Cauthron.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Oklahoma for the reasons stated in the order of June 11, 2009, and, with the consent of that court, assigned to the Honorable Robin J Cauthron.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Oklahoma. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: COX ENTERPRISES, INC., SET-TOP
CABLE TELEVISION BOX ANTITRUST
LITIGATION**                                                                                   MDL No. 2048

### SCHEDULE CTO-5 - TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| LOUISIANA EASTERN | | | |
| LAE | 2 | 12-02384 | Alwert v. Cox Communications, Inc. |